

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS, TYLER DIVISION

LARRIE JANE HOOPS
PLAINTIFF

V.   CAUSE NO. 6:24 cv 376 JCB/JDL

DALLAS REGIONAL MEDICAL CENTER MESQUITE TEXAS
DEFENDANTS

## COMPLAINT

Plaintiff Larrie Jane Hoops Files an Original complaint against Defendant Dallas Regional Medical Center Mesquite Texas for the illegal harvest of tissues against defendant Dallas Regional Medical Center Mesquite Texas on behalf of her husband, William Edgar "Eddie" Hoops III.

## DISCOVERY CONTROL PLAN

Plaintiff declares that discovery in this lawsuit is intended to be conducted under Rule 26.13(f).

## THE PARTIES

"Plaintiff" means Larrie Jane Hoops

"Defendant" means Dallas Regional Medical Center Mesquite Texas

## JURISDICTION AND VENUE

This Court has a federal question and supplemental jurisdiction according to 28 U.S.C. § 1331 and 28 U.S.C. § 1367, because respectively: (i) the federal law claims arise under the constitution and statutes of the United States; (i) the state law claims are so

closely related to the federal law claims as to form the same case or controversy under Article III of the United States Constitution.

This Court has personal jurisdiction over Defendants because they conduct business within the State of Texas.

The venue for this action properly lies in this district according to 28 U.S.C. $ 1391because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district, and the Defendants' principal place of business is in this district. Moreover, the venue in this Division of the Eastern District is appropriate. There are fact witnesses who reside within this Division and there is no other Division of the Eastern District of Texas
which is clearly more convenient.

### FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

#### COUNT1

On 8/14/2020 Mr. William Edgar "Eddie" Hoops III was taken by ambulance to Dallas Regional Medical Center Mesquite Texas Emergency Room in Cardiac Arrest and intubated.
ACLS (Advanced Cardiac Life Support) measures were done for 25 min.en route and an additional 17 minuets in the Dallas Regional Medical Center Mesquite Texas Emergency Room.
Time of Death was called on 8/14/2020 at 17:32 by Farook W. Taha DO.

#### COUNT2

Mr. William Edgar "Eddie" Hoops III was a registered organ donor per his Texas drivers license. Dallas Regional Medical Center Mesquite Texas staff spoke with next of kin Larrie Jane Hoops (spouse) about donation. Spouse, Larrie Jane Hoops, gave a verbal consent to donate Mr. William Edgar "Eddie" Hoops III eyes, and some skin from buttocks region and after much pressure from hospital staff agreeed to the procurement of one arm, which the spouse gave verbal consent. *"Department of Health and Human Services Office of Inspector General Informed Consent in Tissue Donation Expectations and Realities - JANUARY 2001 OEI-01-00-00440"*

#### COUNT3

At the funeral of Mr. William Edgar "Eddie" Hoops III, it was discovered that the post-mortem procurement team had not only removed Mr. William Edgar "Eddie" Hoops III eyes and some skin from his buttocks, and one arm that spouse, Larrie Jane Hoops was pressured to consent to, but Mr. William Edgar "Eddie" Hoops III arms and legs had been removed as well. Spouse, Larrie Jane Hoops never gave written consent for tissue donation. The arms and legs were removed without written permission or informed consent from the next of kin, spouse Larrie Jane Hoops. "*Chelini v. Nieri*, 32 Cal.2d 480, 196 P.2d 915 (Cal. 1948)", "*Windeler v. Scheers Jewelers*, 8 Cal.App.3d 844, 88 Cal. Rptr. 39 (Cal. Ct. App. 1970)"

### DEFENDANT VIOLATIONS

Defendant, Dallas Regional Medical Center Mesquite Texas did not obtain informed written consent prior to procurement of Mr. William Edgar "Eddie" Hoops III arms and legs. The discovery of this at the funeral has caused the Plaintiff, Larrie Jane Hoops, **great distress.** *Perry v. Saint Francis Hosp. Med. Ctr.*, 886 F. Supp. 1551 (D. Kan. 1995)

### DAMAGES

Larrie Jane Hoops, Plaintiff, is requesting damages of 20 million for all the pain, suffering, and discoveries made at her husband's funeral she endured from the wrongful harvest of her husband, William Edgar "Eddie" Hoops III, tissues that were wrongfully taken by the defendant Dallas Regional Medical Center Mesquite Texas.

Larrie Jane Hoops, Plaintiff, is requesting damages that all damages be paid out by the defendant Dallas Regional Medical Center Mesquite Texas within 14 days of the judge presiding ruling.

### PRAYER AND RELIEF

WHEREFORE, Plaintiff Larrie Jane Hoops respectfully files the original petition and requests that the Court grant such other relief that the Court may deem equitable and just under the premises. The plaintiff prays for relief.

### JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable

Respectfully Submitted,

*Larrie Jane Hoops*
Larrie Jane Hoops
24534 CR 343
Tyler Tx, 75708
janie.eddie1995@yahoo.com
318-805-4872

*Miranda Wilt*
Miranda Wilt & Bethany Clark
PO Box 1932
Lindale TX 75771

903-752-1632
903-954-0218
lovepotion2010@yahoo.com
brc54946@gmail.com